THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALESANDRO MISASI, Appellant, *v.* THE WARDEN AND AGENT OF THE BROOKLYN CITY PRISON et al., Respondents.

*Habeas corpus — when writ of habeas corpus properly dismissed.*

*People ex rel. Misasi* v. *Warden & Agent of Brooklyn City Prison,* 208 App. Div. 705, affirmed.

(Submitted May 13, 1924; decided May 23, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1923, which reversed an order of Special Term sustaining a writ of habeas corpus and remanded the relator to custody. The petition upon which the writ issued, in substance, set forth that the relator was restrained unlawfully of his liberty under the charge of having in his possession a dangerous weapon, to wit, a revolver, without a proper permit therefor.

*Edward J. Reilly* for appellant.

*Charles J. Dodd, District Attorney* (*Henry J. Walsh* of counsel), for respondents.

Order affirmed on ground question argued by appellant is not presented by record; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.